UNITED STATES of America,
Plaintiff–Appellee

v.

Dennis Songalia FLORES,
Defendant–Appellant.

No. 03–20805.

United States Court of Appeals,
Fifth Circuit.

Decided June 28, 2005.

James Lee Turner, Assistant U.S. Attorney, Julia Bowen Stern, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that the joint motion of the parties to vacate this court's order of February 20, 2004, is GRANTED.

IT IS ORDERED that the joint motion of the parties to remand case for re-sentencing is GRANTED.

---

1. Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.